UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Luis Angel Polanco Huma

    v.                                    Case No. 23-cv-77-JL

FCI Berlin, Warden

ORDER

No objections having been filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated August 10, 2023.  "'[O]nly those issues fairly raised by the objections to the magistrate's report are subject to review in the district court and those not preserved by such objection are precluded on appeal.'"  School Union No. 37 v. United Nat'l Ins. Co., 617 F.3d 554, 564 (1st Cir. 2010) (quoting Keating v. Secretary of Health & Human Servs., 848 F.2d 271, 275 (1st Cir.1988)); see also United States v. Valencia-Copete, 792 F.2d 4, 6 (1st Cir. 1986) (after proper notice, failure to file a specific objection to magistrate's report will waive the right to appeal).

_____
Joseph N. Laplante
United States District Judge

Date: September 12, 2023

cc:  Luis Angel Polanco-Huma, pro se
     Anna Dronzek, AUSA